DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN LEE MORALESGONZALES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-4636

[March 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 2009CF000242 CMB.

Philip J. Massa of Philip J. Massa, P.A., West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Allen R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***